# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BRYAN MICHAEL FERGASON, | Case No. 2:19-cv-00946-GMN-BNW |
| Petitioner, | **ORDER** |
| v. | |
| BRIAN WILLIAMSON, et al., | |
| Respondents. | |

Counsel for petitioner has filed a document titled "Substitution of Counsel for Petitioner" (ECF No. 19). The document is in accordance with Local Rule LSR 3-6(b), which permits the Federal Public Defender to substitute attorneys in that office by notice and not by motion. However, counsel docketed the document as a motion, which the court needs to resolve.

IT THEREFORE IS ORDERED that the "Substitution of Counsel for Petitioner" (ECF No. 19), which petitioner docketed as a motion, is **GRANTED**. The clerk of the court shall terminate the representation of petitioner by Thomas Kenneth Lee. The representation of petitioner by Jonathan M. Kirshbaum of the office of the Federal Public Defender will continue.

DATED: February 26, 2020

GLORIA M. NAVARRO
United States District Judge