# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRYAN MICHAEL FERGASON, | Case No. 2:19-cv-00946-GMN-BNW |
| Petitioner, | **ORDER** |
| v. | |
| BRIAN WILLIAMSON, et al., | |
| Respondents. | |

Petitioner having filed an unopposed motion for extension of time (first request) (ECF No. 25), and good cause appearing;

IT THEREFORE IS ORDERED that petitioner's unopposed motion for extension of time (first request) (ECF No. 25) is **GRANTED**. Petitioner will have up to and including August 3, 2020, to file a second amended petition.

DATED: May 4, 2020

_____
GLORIA M. NAVARRO
United States District Judge