UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRYAN MICHAEL FERGASON,<br><br>Petitioner,<br><br>v.<br><br>BRIAN WILLIAMSON, et al.,<br><br>Respondents. | Case No. 2:19-cv-00946-GMN-BNW<br><br>**ORDER** |

Petitioner having filed an unopposed motion for extension of time (second request) (ECF No. 27), and good cause appearing;

IT THEREFORE IS ORDERED that petitioner's unopposed motion for extension of time (second request) (ECF No. 27) is **GRANTED**.  Petitioner will have up to and including October 2, 2020, to file a second amended petition.

DATED: August 3, 2020

_____
GLORIA M. NAVARRO
United States District Judge

1