# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRYAN MICHAEL FERGASON,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>BRIAN WILLIAMSON, et al.,<br><br>　　　　　Respondents. | Case No. 2:19-cv-00946-GMN-BNW<br><br>**ORDER** |

Respondents have filed an unopposed motion for enlargement of time to respond to motion for leave to conduct discovery (first request) (ECF No. 35).  The court finds that good cause exists to grant this motion.

IT THEREFORE IS ORDERED that respondents' unopposed motion for enlargement of time to respond to motion for leave to conduct discovery (first request) (ECF No. 35) is **GRANTED**.  Respondents will have up to and including February 15, 2021, to respond to petitioner's motion for leave to conduct discovery (ECF No. 34).

DATED: December 17, 2020

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　GLORIA M. NAVARRO
　　　　　　　　　　　　　　　　　　　　United States District Judge

1