UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRYAN MICHAEL FERGASON,<br><br>Petitioner,<br><br>v.<br><br>BRIAN WILLIAMSON, et al.,<br><br>Respondents. | Case No. 2:19-cv-00946-GMN-BNW<br><br>**ORDER** |

Respondents have filed an unopposed motion for enlargement of time to respond to second amended petition and motion for leave to conduct discovery (ECF No. 37). The court finds that good cause exists to grant this motion.

IT THEREFORE IS ORDERED that respondents' unopposed motion for enlargement of time to respond to second amended petition and motion for leave to conduct discovery (ECF No. 37) is **GRANTED**. Respondents will have up to and including April 2, 2021, to respond to the second amended petition (ECF No. 33) and petitioner's motion for leave to conduct discovery (ECF No. 34).

DATED: February 8, 2021

GLORIA M. NAVARRO
United States District Judge

1