1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                         **DISTRICT OF NEVADA**

10

11   BRYAN MICHAEL FERGASON,              Case No. 2:19-cv-00946-GMN-BNW

12              Petitioner,               **ORDER**

13        v.

14   BRIAN WILLIAMSON, et al.,

15              Respondents.

16

17        Respondents have filed an unopposed motion for enlargement of time to respond to

18   second amended petition and motion for leave to conduct discovery (ECF No. 39) (second

19   request).  The court finds that good cause exists to grant this motion.

20        IT THEREFORE IS ORDERED that respondents' unopposed motion for enlargement of

21   time to respond to second amended petition and motion for leave to conduct discovery (ECF No.

22   39) (second request) is **GRANTED**.  Respondents will have up to and including April 16, 2021,

23   to respond to the second amended petition (ECF No. 33) and petitioner's motion for leave to

24   conduct discovery (ECF No. 34).

25        DATED: April 5, 2021

26

27                                        _____
                                          GLORIA M. NAVARRO
                                          United States District Judge
28

                                          1