# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRYAN MICHAEL FERGASON,<br><br>Petitioner,<br><br>v.<br><br>BRIAN WILLIAMSON, et al.,<br><br>Respondents. | Case No. 2:19-cv-00946-GMN-BNW<br><br>**ORDER** |

Respondents having filed an unopposed motion for enlargement of time to file reply (first request) (ECF No. 58), and good cause appearing;

IT THEREFORE IS ORDERED that respondents' unopposed motion for enlargement of time to file reply (first request) (ECF No. 58) is **GRANTED**. Respondents will have up to and including September 17, 2021, to file a reply in support of their motion to dismiss.

DATED: August 19, 2021

_____
GLORIA M. NAVARRO
United States District Judge

1