# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRYAN MICHAEL FERGASON,<br><br>Petitioner,<br><br>v.<br><br>BRIAN WILLIAMSON, et al.,<br><br>Respondents. | Case No. 2:19-cv-00946-GMN-BNW<br><br>**ORDER** |

Petitioner having filed an unopposed motion for extension of time (first request) (ECF No. 62), and good cause appearing;

IT THEREFORE IS ORDERED that petitioner's unopposed motion for extension of time (first request) (ECF No. 62) is **GRANTED**. Discovery must be completed by December 29, 2021.

DATED: December 1, 2021

_____
GLORIA M. NAVARRO
United States District Judge

1