# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN MICHAEL FERGASON,<br><br>　　　　　　Petitioner,<br>　v.<br>CALVIN JOHNSON, et al.,<br><br>　　　　　　Respondents. | Case No. 2:19-cv-00946-GMN-BNW<br><br>**ORDER** |

　　Good cause appearing, IT IS HEREBY ORDERED that Respondents' unopposed Motion for Extension of Time (ECF No. 71) is GRANTED. Respondents have until July 22, 2022, to answer or otherwise respond to the third amended petition for writ of habeas corpus.

DATED: May 20, 2022

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　GLORIA M. NAVARRO
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE