# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN MICHAEL FERGASON, | Case No. 2:19-cv-00946-GMN-BNW |
| Petitioner, | |
| v. | **ORDER** |
| CALVIN JOHNSON, et al., | |
| Respondents. | |

Respondents seek an extension of time to file their answer to the third amended petition. The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant Respondents' motion.

It is therefore ordered that Respondents' first unopposed Motion for Extension of Time (ECF No. 79) is GRANTED. Respondents have until March 6, 2023, to answer the third amended petition for writ of habeas corpus.

DATED: January 6, 2023

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE