# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN MICHAEL FERGASON, | Case No. 2:19-cv-00946-GMN-BNW |
| Petitioner, | |
| v. | **ORDER** |
| CALVIN JOHNSON, et al., | |
| Respondents. | |

Petitioner Brian Michael Fergason seeks an extension of time to file his reply. The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant Petitioner's motion.

It is therefore ordered that Petitioner's second unopposed Motion for Extension of Time (ECF No. 88) is GRANTED. Petitioner has until October 20, 2023, to file his reply.

DATED: August 29, 2023

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE