1

2

3                               **UNITED STATES DISTRICT COURT**

4                                     **DISTRICT OF NEVADA**

5     BRYAN MICHAEL FERGASON,                        Case No. 2:19-cv-00946-GMN-BNW

6                                     Petitioner,

7            v.                                      **Order Directing Redaction of Exhibits**

8     CALVIN JOHNSON, et al.,

9                                    Respondents.

10          Upon review of the exhibits filed in this matter, it appears the parties failed to comply with

11    the redaction requirements of LR IC 6-1. (*See* ECF Nos. 43-11 at 3; 44-13 at 4; 44-21 at 2; 44-25

12    at 193–94, 208; 57-3 at 19.)   Compelling reasons exist to seal the documents as they contain

13    personal-data identifiers, and parties cannot change filings. *See* LR IC 6-1(a)(1) ("If an individual's

14    Social Security number must be included, only the last four digits of that number should be used.");

15    LR IC 6-1(a)(2) ("If the involvement of a minor child must be mentioned, only the initials of that

16    child should be used."); LR IC 6-1(a)(3) ("If an individual's date of birth must be included, only

17    the year should be used."); and LR IC 6-1(a)(5) ("If a home address must be included, only the

18    city and state should be listed.").

19          **IT IS THEREFORE ORDERED:**

20              1.  The respondents must file redacted publicly available copies of the documents filed

21                  as   ECF Nos. 43-11 at 3; 44-13 at 4; 44-21 at 2; 44-25 at 193–94, and 208, in

22                  compliance with LR IC 6-1, **by February 20, 2024**.

23    ///

24    ///

25    ///

26    ///

27    ///

28    ///

2. The petitioner must file a redacted publicly available copy of the document filed as ECF No. 57-3 in compliance with LR IC 6-1, **by February 20, 2024**.

3. The clerk of the court shall seal the exhibits filed as ECF documents 43-11, 44-13, 44-21, 44-25, and 57-3.

DATED:  January 22, 2024

_____

GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE